AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| GEORGE MALKI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| THE WALT DISNEY COMPANY,  DISNEY | ) | 6:18-cv-848-ORL-18-TBS |
| ENTERPRISES, INC., PIXAR, IUNIVERSE, DISNEY | ) | |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) | |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE WALT DISNEY COMPANY
c/o CORPORATION SERVICE COMPANY,
251 LITTLE FALLS DRIVE, WILMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/1/18

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| GEORGE MALKI, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | 6:18-cv.848-ORL-18-TBS |
| THE WALT DISNEY COMPANY, DISNEY | ) | |
| ENTERPRISES, INC., PIXAR, IUNIVERSE, DISNEY | ) | |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) | |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISNEY ENTERPRISES, INC.
c/o CORPORATION SERVICE COMPANY,
251 LITTLE FALLS DRIVE, WILMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/1/18                                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| GEORGE MALKI, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| THE WALT DISNEY COMPANY,  DISNEY | ) |
| ENTERPRISES, INC., PIXAR, IUNIVERSE,  DISNEY | ) |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) |
| _Defendant(s)_ | ) |

Civil Action No. 6:18-cv-848-ORL-18-TBS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  PIXAR
c/o JAMES M KENNEDY
1200 PARK AVENUE EMERYVILLE CA 94608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/1/18

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| GEORGE MALKI, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:18-Cv-848-ORL-18-TBS |
| THE WALT DISNEY COMPANY,  DISNEY | ) | |
| ENTERPRISES, INC., PIXAR, IUNIVERSE,  DISNEY | ) | |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) | |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IUNIVERSE
c/o CORPORATION SERVICE COMPANY,
135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/1/18 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| GEORGE MALKI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| THE WALT DISNEY COMPANY,  DISNEY ENTERPRISES, INC., PIXAR, IUNIVERSE,  DISNEY SHOPPING, DISNEY CONSUMER PRODUCTS, DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) ) ) ) | 6:18-CV-848-ORL-18-TBS |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISNEY SHOPPING
c/o CORPORATION SERVICE COMPANY,
251 LITTLE FALLS DRIVE, WILMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/1/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| GEORGE MALKI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:18-CV-848-ORL-18-TBS |
| THE WALT DISNEY COMPANY,  DISNEY | ) | |
| ENTERPRISES, INC., PIXAR, IUNIVERSE,  DISNEY | ) | |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) | |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISNEY CONSUMER PRODUCTS
c/o CORPORATION SERVICE COMPANY,
2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/1/18                                   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

| | |
|---|---|
| GEORGE MALKI, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE WALT DISNEY COMPANY,  DISNEY | ) |
| ENTERPRISES, INC., PIXAR, IUNIVERSE,  DISNEY | ) |
| SHOPPING, DISNEY CONSUMER PRODUCTS, | ) |
| DISNEY INTERACTIVE STUDIOS, DOES 1-25, | ) |
| *Defendant(s)* | ) |

Civil Action No.

6:18-cv- 848- DRL-18-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISNEY INTERACTIVE STUDIOS
c/o CORPORATION SERVICE COMPANY,
2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan J. Warrick, 531 Canary Island Ct, Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/1/18 _____    _____
*Signature of Clerk or Deputy Clerk*