UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GEORGE MALKI,**

Plaintiff,

v.

Case No: 6:18-cv-848-Orl-18TBS

**THE WALT DISNEY COMPANY,
DISNEY ENTERPRISES, INC., PIXAR,
IUNIVERSE, DISNEY SHOPPING,
DISNEY CONSUMER PRODUCTS,
DISNEY INTERACTIVE STUDIOS and
DOES 1-25,**

Defendants.

---

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ____ day of June, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties