UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| GEORGE MALKI,<br><br>Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, INC., PIXAR, INC., WALT DISNEY MOTION PICTURES GROUP, INC., ABC, INC., AC JV, LLC, BUENA VISTA HOME ENTERTAINMENT, INC., DISNEY SHOPPING, INC., GET PUBLISHED! LLC, AND AUTHOR SOLUTIONS, LLC,<br><br>Defendants. | Case No. 6:18-cv-848-CEM-TBS |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendants The Walt Disney Company, Disney Enterprises, Inc., Walt Disney Pictures, Inc., Pixar, Walt Disney Motion Pictures Group, Inc., ABC, Inc., Buena Vista Home Entertainment, Inc., and Disney Shopping, Inc., by and through their undersigned attorneys, hereby submits their Certificate of Interested Persons and Corporate Disclosure Statement.

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Plaintiff George Malki

Defendant The Walt Disney Company

Defendant Disney Enterprises, Inc.

Defendant Walt Disney Pictures, Inc.

Defendant Pixar

Defendant Walt Disney Motion Pictures Group, Inc.

Defendant ABC, Inc.

Defendant Buena Vista Home Entertainment, Inc.

Defendant Disney Shopping, Inc.

Defendant AC JV, LLC

Defendant Get Published! LLC

Defendant Author Solutions, LLC

Counsel of record for the above-named parties (Clay Townsend, David Tamaroff, and Keith Mitnik of Morgan & Morgan, PA; Craig Eldon Pinkus of Bose, McKinney & Evans, LLP; Debra Deardourff Larsen of GrayRobinson, PA; Philip Zimmerly of Boardman & Clark LLP; Bradley Blystone of Marshall, Dennehey, Warner, Coleman & Goggin; Erin Cox and Anne Conley of Munger, Tolles & Olson LLP)

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    The claims alleged in this case are asserted by Plaintiff George Malki.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  December 4, 2018			MUNGER, TOLLES & OLSON LLP


By: _/s/ Erin J. Cox_
    ERIN J. COX

*Admitted Pro Hac Vice*
ANNE K. CONLEY
*Admitted Pro Hac Vice*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
erin.cox@mto.com
anne.conley@mto.com

BRADLEY P. BLYSTONE
Florida Bar No. 894109
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
315 E. Robinson St., Suite 550
Orlando, Florida 32801
Telephone: (407) 420-4380
Facsimile: (407) 839-3008
BPBlystone@MDWCG.com

*Counsel for Defendants The Walt Disney Company, Disney Enterprises, Inc., Walt Disney Pictures, Inc., Pixar, Walt Disney Motion Pictures Group, Inc., ABC, Inc., Buena Vista Home Entertainment, Inc., and Disney Shopping, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2018 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and served on all counsel of record and those parties receiving notification through that system.

By: */s/ Erin J. Cox*
      Erin J. Cox