UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| GEORGE MALKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:18-cv-848-Orl-41TBS |
| | ) |
| THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, INC., ABC, INC., AC JV, LLC, BUENA VISTA HOME ENTERTAINMENT, INC., GET PUBLISHED! LLC, AUTHOR SOLUTIONS, LLC, WALT DISNEY MOTION PICTURES GROUP, INC., PIXAR, INC., and DISNEY SHOPPING, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE WITH CM/ECF REQUIREMENT

Pursuant to the Administrative Procedures for Electronic Filing of the United States District Court, Middle District of Florida, the undersigned Attorney for Defendants, Author Solutions, LLC and Get Published! LLC, hereby gives notice that he has registered with the CM/ECF system.

Respectfully submitted this 4th day of December, 2018.

/s/*Philip R. Zimmerly*
Philip R. Zimmerly (*Pro Hac Vice*)
Ind. Atty. No. 30217-06

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000

(317) 684-5173 Fax
pzimmerly@boselaw.com

Craig E. Pinkus (*Pro Hac Vice*)
<u>Trial Counsel</u>
Ind. Atty. No. 5749-49
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 Fax
cpinkus@boselaw.com

Debra Deardourff Larsen
Florida Bar No. 634425
GRAY ROBINSON
401 East Jackson Street
Suite 2700
P.O. Box 3324 (33601-3324)
Tampa, Florida, 33602
(813) 273-5000
(813) 273-5145 Fax
debra.larsen@gray-robinson.com

*Attorneys for Defendants, Get Published! LLC and Author Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, a copy of the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

/s/ *Philip R. Zimmerly*
Philip R. Zimmerly

3543969